UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES AYUR GARANG,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

CASE NO. C26-3535JLR

ORDER

Before the court is Petitioner James Ayur Garang's (1) application to proceed *in forma pauperis* ("IFP"), and (2) motion to appoint counsel to represent him in this 28 U.S.C. § 2241 habeas action. (IFP App. (Dkt. # 1); MTA (Dkt. # 2).) Petitioner seeks release from immigration detention because removal to his former country of residence is not reasonably foreseeable. (*See* Prop. Pet. (Dkt. # 1-1).)

Because Petitioner demonstrates that he is unable to afford the $5.00 filing fee, the court GRANTS the IFP application (Dkt. # 1). Finding that the interests of justice require legal representation, the court also GRANTS his motion to appoint counsel (Dkt.

# 2) and appoints the Office of the Federal Public Defender for the Western District of Washington to represent Petitioner in this matter.

Dated this 24th day of September, 2026.

JAMES L. ROBART
United States District Judge